UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| **STEVEN VASQUEZ,** | ) | Case No. CV 15-425-MMM (AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| **W.L. MONTGOMERY, WARDEN,** | ) | |
| Respondent. | ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: March 23, 2015

_____
Margaret M. Morrow
United States District Judge